■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBY WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hutcherson, J.), rendered April 30, 1985, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly exercised its discretion by allowing the prosecutor to cross-examine the defendant with regard to only 1 of 3 theft-related prior felony convictions and only 1 of 3 prior theft-related misdemeanor convictions *(cf., People v Hicks,* 88 AD2d 519). Moreover, with regard to the two convictions for which cross-examination was allowed, the trial court minimized the impact of the defendant's record by prohibiting inquiry into the nature of those convictions or the underlying facts *(see, People v Padilla,* 123 AD2d 364, *appeal denied* 69 NY2d 715; *People v Jackson,* 108 AD2d 757). Bracken, J. P., Weinstein, Rubin and Harwood, JJ., concur.

■ JAMES W. HOERGER et al., Respondents, v BOARD OF EDUCATION OF THE GREAT NECK UNION FREE SCHOOL DISTRICT, Appellant, et al., Defendant.—Appeal by the Board of Education of the Great Neck Union Free School District from an order of the Supreme Court, Nassau County, dated October 17, 1984.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Berman at Special Term. Mangano, J. P., Lawrence, Weinstein and Eiber, JJ., concur.